CO-386-online
10/03

# United States District Court
# For the District of Columbia

KIC Development, LLC

               vs       Plaintiff

Sytems, Services & Design, Inc.

                  Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __KIC Development, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __KIC Development, LLC__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

92494
BAR IDENTIFICATION NO.

Philip L. Kellogg
Print Name

1925 K Street, N.W., Suite 200
Address

Washington, D.C. 20006
City    State    Zip Code

202-496-0722
Phone Number