UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIC DEVELOPMENT, LLC ) | |
| ) | |
| Plaintiff, ) | Case: 1:07-cv-00591 |
| ) | Judge Collyer |
| Vs. ) | |
| ) | |
| SYSTEMS, SERVICES & DESIGN, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant, Systems, Services & Design, Inc. (hereiafter "SSD"), by undersigned counsel, hereby requests this Court to extend the time within which Defendant must answer or otherwise plead to the Complaint herein to and including Friday, April 27, 2007. As grounds for this motion Defendant states:

1. The current due date for responsive pleadings is April 23, 2007.

2. Plaintiff has retained undersigned counsel on April 18, 2007 and counsel requires a brief amount of additional time to review the facts, documents and otherwise familiarize himself with the case in order to properly respond to the Complaint.

3. Counsel for Plaintiff has been contacted and advises that he and Plaintiff consent to the granting of this Motion.

WHEREFORE, Defendant, SSD, by counsel, hereby moves for the granting of its Motion for Extension of Time to Respond to the Complaint to and including April 27, 2007.

                    Respectfully submitted,

                    Robert F. Condon #108290
                    818 18th Street, N.W., #410
                    Washington, D.C. 20006
                    (202) 861-0070
                    Fax: (202) 861-2939

                    And

                    Herbert N. Harmon #175398
                    Harmon, Wilmot, Brown & Bagwell, LLP
                    1010 Vermont Avenue, N.W., Suite 810
                    Washington, D.C. 20005
                    (202) 783-9100
                    Fax: (202) 783-9103

                    Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIC DEVELOPMENT, LLC            )
                                )
    Plaintiff,                  )
                                )   Case: 1:07-cv-00591
                                )   Judge Collyer
Vs.                             )
                                )
SYSTEMS, SERVICES & DESIGN, INC.)
                                )
    Defendant.                  )
_____)

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Rule 6(b), Fed R Civ Pro.

Respectfully submitted,

*[signature]*

Robert F. Condon #108290
818 18th Street, N.W., #410
Washington, D.C. 20006
(202) 861-0070
Fax: (202) 861-2939

And

*[signature]*

Herbert N. Harmon #175398
Harmon, Wilmot, Brown & Bagwell, LLP
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100
Fax: (202) 783-9103

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIC DEVELOPMENT, LLC ) | |
| ) | |
| Plaintiff, ) | Case: 1:07-cv-00591 |
| ) | Judge Collyer |
| Vs. ) | |
| ) | |
| SYSTEMS, SERVICES & DESIGN, INC.) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

**THIS MATTER**, having come before the Court on Defendant's Motion For Extension of Time to Respond to Complaint and

Plaintiff having consented to the granting of the Motion and good cause having been shown, it is hereby

**ORDERED** that the Motion is granted and that the time for Defendant to respond to the Complaint herein is extended to and including April 29, 2007.

Dated:                                                       _____
                                                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIC DEVELOPMENT, LLC ) | |
| ) | |
| Plaintiff, ) | Case: 1:07-cv-00591 |
| ) | Judge Collyer |
| Vs. ) | |
| ) | |
| SYSTEMS, SERVICES & DESIGN, INC.) | |
| ) | |
| Defendant. ) | |
| ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Extension of Time, Points and Authorities and Proposed Order was served by U.S. Mail, postage prepaid, this 19th day of April, 2007 on Phillip L. Kellogg, Esq., 1925 K Street, N.W., Suite 200, Washington, D.C. 20006.

Robert F. Condon