UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIC DEVELOPMENT, LLC,

        Plaintiff,

v.                                                Civil Action No. 07-591(RMC)

SYSTEMS, SERVICES & DESIGN, INC.,

        Defendant.

_____/

**NOTICE OF CHANGE OF ADDRESS**

Effective April 2, 2007, the address of the undersigned is:

                                                        /s/
                                    Philip L. Kellogg (Bar No. 92494)
                                    Kellogg, Williams & Lyons
                                    1350 Connecticut Avenue, N. W., Suite 600
                                    Washington, D. C. 20036
                                    (202) 496-0722
                                    FAX (202) 331-1257

                                    Counsel for Plaintiff KIC-D

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 15, 2007, I filed a copy of the foregoing notice electronically and that all parties will be served with copies electronically through operation of the Court's Electronic Filing System (ECF).

                                                        /s/
                                      Philip L. Kellogg

- 2 -

Case 1:07-cv-00591-RMC     Document 6     Filed 06/15/2007     Page 2 of 2

- 2 -