UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIC DEVELOPMENT, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Civil Action: 1:07-cv-00591 |
| ) | (RMC) |
| SYSTEMS, SERVICES & DESIGN, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S CONTESTED MOTION TO EXTEND DISCOVERY DEADLINE**

Defendant, Systems, Services & Design, Inc. ("SSD, Inc."), by undersigned counsel, hereby moves this Honorable Court to enter an Order extending the time for completion of discovery in this matter for a period of thirty (30) days for the limited purpose of consulting and possibly naming an expert witness to opine on the authenticity of that certain document entitled "Purchase Order," which is attached to the Complaint as Exhibit B and which purportedly provides the basis for Plaintiff's claim of entitlement to $100,000 for certain work performed on the HUD contract awarded to Defendant company. Plaintiff does not consent to this Motion.

Defendant has reason to believe that the document, Exhibit B, is not an authentic document and requests the opportunity to consult with a questioned documents expert for the purpose of verifying Defendant's President, Stanley Murphy's, statement under oath that he did not sign the document. Anthony Accri, President of Plaintiff Corporation, testified during his deposition on December 20, 2007 that he witnessed Mr. Murphy signing the said document. This was the first time Defendant's counsel had the opportunity to obtain that testimony, which is directly in conflict with the testimony earlier by Mr. Murphy. Thus, this was the first real opportunity for Defendant to determine that an expert may be necessary in this regard and, with

the intervening holidays and counsel for Defendant on a prearranged travel schedule out of the city, the motion is being made at this time.

Defendant does not believe that the granting of this motion will unduly delay any proposed schedule for the case. Defendant further believes that the authenticity of this document goes to the heart of Plaintiff's claim of entitlement to the damages sought and to the credibility of Plaintiff's entire case. Defendant, of course, will consent to any request of Plaintiff to depose any named expert within a reasonable time after designation.

For the reasons set forth herein and in the accompanying Points and Authorities, Defendant, by undersigned counsel, respectfully requests that the Court enter an Order extending the deadline for completion of discovery for the limited purpose of allowing Defendant to consult an expert in questioned documents and determine whether a designation and disclosure of expert witness pursuant to FRCP Rule 26(a)(2) should be made.

Respectfully submitted,

/s/ Robert F. Condon
_____
Robert F. Condon, #108290
818 18th Street, N.W., Suite 410
Washington, D.C. 20006
rfcondon@artabane-belden.com
(202) 861-0070
(202) 861-2939 fax
      and
Herbert N. Harmon, #175398
1010 Vermont Avenue, N.W.,
Suite 810
Washington, D.C. 20005
(202) 783-9100
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Defendant's Motion to Extend Discovery Deadline was served electronically and by U.S. Mail, postage prepaid, this 31st day of December, 2007, upon Phillip L. Kellogg, Esq., 1250 Connecticut Avenue, Suite 600, Washington, D.C. 20006, and upon Edwin A. Williams, Esq., 386 Maple Avenue, Vienna, Virginia 22180.

/s/ Robert F. Condon
_____
Robert F. Condon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KIC DEVELOPMENT, LLC | ) | |
| | ) | |
|       Plaintiff, | ) | Civil Action: 1:07-cv-00591 |
| | ) | (RMC) |
| Vs. | ) | |
| | ) | |
| SYSTEMS, SERVICES & DESIGN, INC. | ) | |
| | ) | |
|       Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S POINTS AND AUTHORITIES IN SUPPORT
OF ITS MOTION TO EXTEND DISCOVERY DEADLINE**

1.    Rule 6(b), Fed. R. Civ. Pro.

2.    Rule 26(a)(2), Fed. R. Civ. Pro.

                                               Respectfully submitted,

                                               /s/ Robert F. Condon

                                               _____
                                               Robert F. Condon, #108290
                                               818 18th Street, N.W., Suite 410
                                               Washington, D.C. 20006
                                               rfcondon@artabane-belden.com
                                               (202) 861-0070
                                               (202) 861-2939 fax
                                                      and
                                               Herbert N. Harmon, #175398
                                               1010 Vermont Avenue, N.W.,
                                               Suite 810
                                               Washington, D.C. 20005
                                               (202) 783-9100
                                               Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Defendant's Motion to Extend Discovery Deadline was served electronically and by U.S. Mail, postage prepaid, this 31st day of December, 2007, upon Phillip L. Kellogg, Esq., 1250 Connecticut Avenue, Suite 600, Washington, D.C. 20006, and upon Edwin A. Williams, Esq., 386 Maple Avenue, Vienna, Virginia 22180.

      /s/ Robert F. Condon
      _____
      Robert F. Condon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIC DEVELOPMENT, LLC** )<br>)<br>**Plaintiff,** )<br>)<br>Vs. )<br>)<br>**SYSTEMS, SERVICES & DESIGN, INC.** )<br>)<br>**Defendant.** )<br>_____ ) | **Civil Action: 1:07-cv-00591<br>(RMC)** |

## **ORDER**

**THIS MATTER**, having come before the Court on Defendant's Motion for Extension of the Discovery Deadline, and

Plaintiff having been heard in response to said Motion and good cause having been shown for the granting of said Motion, it is hereby

**ORDERED** that the motion is granted and Defendant shall have thirty (30) days from the date of this Order to designate an expert witness regarding the authenticity of Exhibit B attached to the complaint herein pursuant to Federal Rule of Civil Procedure 26(a)(2).

Dated: _____        _____
                                                                    United States District Judge

**Serve:**

Phillip L. Kellogg, Esq.,
1250 Connecticut Avenue, NW, Suite 600
Washington, DC  20006
pkellogg@verizon.net

Edwin A. Williams, Esq.
386 Maple Avenue
Vienna, VA  22180
eawilliams@mindspring.com

Robert F. Condon, Esq.
818 18th Street, NW, Suite 410
Washington, DC  20006
rfcondon@artabane-belden.com