UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIC DEVELOPMENT, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case: 1:07-cv-00591(RMC) |
| ) | |
| SYSTEMS, SERVICES & DESIGN, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT SYSTEMS, SERVICES & DESIGN, INC.'S
RULE 26(a)(2) STATEMENT**

Pursuant to the Court's revised January 3, 2008 Scheduling Order granting the parties an extension of time within which to complete any expert discovery, to and including March 31, 2008, Defendant Systems, Services & Design, Inc. ("SSD"), by undersigned counsel, hereby submits its designation of expert witness and states as follows:

1. Gerald B. Richards, c/o MDB International, LLC, 1426 Duke Street, Alexandria, Virginia 22314, is an expert in the examination of questioned documents having been certified as a Director with the Federal Bureau of Investigation and by the American Board of Forensic Document Examiners, Inc.

2. Mr. Richards has in excess of 30 years experience in this field including more than 20 years with the Federal Bureau of Investigation. He is affiliated with many professional organizations in the field of forensic science, including many related directly to document examination. The list of said organizations is contained in Mr. Richards' Curriculum Vitae attached hereto as Exhibit 1 and incorporated herein by reference. *See* Exhibit 1.

3. Mr. Richards' has qualified as an expert and his expert opinion has been accepted in numerous federal and state courts as well as foreign courts and courts martial proceedings. A list of his most recent cases will be provided as soon as received by counsel.

4. Mr. Richards has been provided with copies of several documents by counsel for Defendant, including copies of Exhibit B attached to Plaintiff's complaint and copies of a certain Loan Agreement and Note dated 4/04/2006, by and between Systems, Services and Designs, Inc. and Walton Invesco Corporation. Mr. Richards was asked to examine said documents for the purpose of determining and opining on the authenticity of the printed and signed signature block contained in Exhibit B, which Plaintiff states and alleges is an authentic signature and which Plaintiff's president, Anthony Acri, testified under oath in his deposition was signed by Stanley Murphy, president of Defendant, in Mr. Acri's presence.

5. Mr. Richards is expected to testify that the signature contained on the Purchase Order (Exhibit B to the Complaint) is not an original signature on that document, but was transposed to that document from another source, i.e., the signature block including the printed name and signature of Stanley Murphy, contained on the aforesaid Loan Agreement and Note dated 4/040/2006, a document that Mr. Murphy has testified that he signed.

6. Counsel is waiting for a formal written report from Mr. Richards and it will be provided to the Court and counsel as soon as received.

7. A copy of the retainer agreement with MDBI is attached hereto as Exhibit 2 and has been signed by Defendant. *See* Exhibit 2.

Respectfully submitted,

/s/ Robert F. Condon

Robert F. Condon #108290
818 18th Street, N.W., Suite 410
Washington, D.C. 20006
rfcondon@artabane-belden.com
(202) 861-2939
(202) 861-2939 fax

and

Herbert N. Harmon, #175398
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a the foregoing Defendant's Rule 26(a)(2) Statement was served electronically and by U.S. Mail, postage prepaid, this 5th day of February, 2008 upon the following:

>Edwin A. Williams, Esq.
>Phillip L. Kellogg, Esq.
>1350 Connecticut Avenue, N.W.,
>Suite 600
>Washington, D.C. 20036

>/s/ Robert F. Condon
>Robert F. Condon

# CURRICULUM VITAE

## GERALD B. "JERRY" RICHARDS

DATE AND PLACE OF BIRTH
    MARCH 25, 1943 AT CHICAGO, ILLINOIS

POSITIONS
    PRIVATE CONSULTANT - LECTURER & EXAMINER OF QUESTIONED DOCUMENTS
    AND PHOTOGRAPHS:
        RICHARDS FORENSIC SERVICES: EXAMINER OF QUESTIONED
            DOCUMENTS AND PHOTOGRAPHS: 1/94-PRESENT
        GEORGE WASHINGTON UNIVERSITY, FORENSIC SCIENCE DEPARTMENT
            ASSOCIATE PROFESSORIAL LECTURER: 1/94-12/04
        OKLAHOMA STATE UNIVERSITY, DEPARTMENT OF FORENSIC SCIENCES,
            ADJUNCT INSTRUCTOR OF QUESTION DOCUMENT EXAMINATION
            12/03-PRESENT

EDUCATION
    SOUTHERN ILLINOIS UNIVERSITY, CARBONDALE, ILLINOIS:
        BACHELOR OF SCIENCE DEGREE-1966: MAJOR-PHOTOGRAPHY
        MASTER OF SCIENCE DEGREE IN EDUCATION-1967: SECONDARY EDUCATION
    GEORGE WASHINGTON UNIVERSITY, WASHINGTON D.C. COURSES: 1973
        FORENSIC SCIENCE IN LAW ENFORCEMENT III
        EXAMINATION OF QUESTIONED DOCUMENTS
        THE CRIME LAB - THE FORENSIC SCIENTIST AND THE CRIMINAL LAWYER
    UNIVERSITY OF VIRGINIA, AT THE FBI ACADEMY, QUANTICO, VA: 1974
        CRIME LAB PHOTOGRAPHY

EMPLOYMENT
    COUNTRY COMPANIES INSURANCE COMPANY, BLOOMINGTON, ILLINOIS -
        PUBLIC RELATIONS REPRESENTATIVE: 6/67-10/70
    FEDERAL BUREAU OF INVESTIGATION
        ASSIGNMENTS:
            SPECIAL AGENT TRAINING: QUANTICO, VA. 11/70
            ATLANTA DIVISION: SPECIAL AGENT INVESTIGATOR
            BALTIMORE DIVISION: SPECIAL AGENT INVESTIGATOR
            FBI HEADQUARTERS - SUPERVISOR, LABORATORY DIVISION
                DOCUMENT SECTION UNITS - DOCUMENT/PHOTO EXAMINER
                    11/72-6/80
                SPECIAL PHOTOGRAPHIC UNIT - DOCUMENT/PHOTO EXAMINER
                    6/80-4/86
                DOCUMENT OPERATIONS AND RESEARCH UNIT - CHIEF: 4/86-8/87
                SPECIAL PHOTOGRAPHIC UNIT - CHIEF: 8/87-12/93
            RETIRED FBI 12/93
    CONSULTANT - INTERNATIONAL CRIMINAL INVESTIGATIVE TRAINING ASSISTANCE
        PROGRAM (ICITAP) 7/95-7/96
    CONSULTANT - FBI LABORATORY, DOCUMENT/PHOTOGRAPHIC TRAINING & EXAMINATION
        MATTERS: 6/94-9/99

1



<u>DIGITAL IMAGE PROCESSING - INTEGRATED COMPUTER SYSTEMS</u>, WASH. D.C.:9/81
<u>NATIONAL SENIOR CRYPTOLOGIC COURSE (CY-600)</u>, NATIONAL SECURITY AGENCY,
    (NSA) LAUREL, MD, 4/1/85-5/17/85
<u>CANON PHOTOCOPIER & FACSIMILE TRAINING WORKSHOP</u>, NORCROSS, GA., 10/4-6/99
<u>CHEMISTRY OF COLOR WORKSHOP</u>, MAAFS, WILLIAMSBURG, VA., 4/01
<u>PAPER MANUFACTURING WORKSHOP</u>, MAAFS, WILLIAMSBURG, VA., 4/01
<u>THE ORGANIZATION AND EXAMINATION OF LARGE DOCUMENT CASES UTILIZING
    MICROSOFT ACCESS</u>, MAAFS, ORLANDO, FL., 9/19-21/04.

<u>AWARDS RECEIVED</u>
    <u>OUTSTANDING AUDIOVISUAL ACHIEVEMENT AWARD</u>
        ASSOCIATION OF FEDERAL PHOTOGRAPHERS, 11/29/84

    <u>NATIONAL INTELLIGENCE MEDAL OF ACHIEVEMENT</u>
        NATIONAL FOREIGN INTELLIGENCE COMMUNITY, 7/19/91
            *THE NATIONAL INTELLIGENCE MEDAL OF ACHIEVEMENT IS AWARDED FOR
            ESPECIALLY MERITORIOUS CONDUCT IN THE PERFORMANCE OF
            OUTSTANDING SERVICE BY A MEMBER OF THE INTELLIGENCE COMMUNITY.
            THE SERVICE MUST RELATE DIRECTLY TO THE INTELLIGENCE
            COMMUNITY'S MISSION TO PROVIDE THE INTELLIGENCE REQUIRED FOR
            NATIONAL SECURITY POLICY DETERMINATION.*

    ORDWAY HILTON AWARD
        AMERICAN ACADEMY OF FORENSIC SCIENCES - QUESTIONED DOCUMENT SECTION,
        2/2001.
            THE ORDWAY HILTON AWARD IS PRESENTED IN RECOGNITION OF
            OUTSTANDING CONTRIBUTIONS TO FORENSIC DOCUMENT EXAMINATION.

    ALUMNI ACHIEVEMENT AWARD, 2005
        SOUTHERN ILLINOIS UNIVERSITY, CARBONDALE, (SIUC) COLLEGE OF
        EDUCATION AND HUMAN RESOURCES, COMMENCEMENT, 5/14/05.
            THE ALUMNI ACHIEVEMENT AWARD(AAA)IS THE HIGHEST HONOR
            CONFERRED BY THE SIUC ALUMNI ASSOCIATION TO A ALUMNUS.

```
        STUDY LEADER - THE SMITHSONIAN ASSOCIATES, SMITHSONIAN JOURNEYS,
            WASHINGTON, D.C. 2004-PRESENT
        CONSULTANT - JOINT COUNTER INTELLIGENCE TRAINING ACADEMY (JCITA) 4/06-
            PRESENT

AREAS OF EXPERTISE
        EXAMINATION OF QUESTIONED DOCUMENTS
            CERTIFIED:
                DIRECTOR, FEDERAL BUREAU OF INVESTIGATION
                AMERICAN BOARD OF FORENSIC DOCUMENT EXAMINERS, INC.
        FORENSIC PHOTOGRAPHIC EXAMINATIONS
            CERTIFIED:
                DIRECTOR, FEDERAL BUREAU OF INVESTIGATION
                AMERICAN SOCIETY OF PHOTOGRAMMETRY & REMOTE SENSING (INACTIVE)
        FOREIGN ESPIONAGE TRADECRAFT

COURT TESTIMONY
        QUALIFIED ON NUMEROUS OCCASIONS AS AN EXPERT IN ONE OR MORE AREAS OF
            EXPERTISE:
            FEDERAL COURTS
            STATE COURTS
            LOCAL COURTS
            FOREIGN COURTS
            COURT MARTIAL PROCEEDINGS

ORGANIZATIONAL AFFILIATIONS
        AMERICAN ACADEMY OF FORENSIC SCIENCES (AAFS)
            FELLOW
            QUESTIONED DOCUMENT SECTION SECRETARY, 1998
            BOARD OF DIRECTORS, 2000-2003
        AMERICAN BOARD OF FORENSIC DOCUMENT EXAMINERS, INC. (ABFDE)
            DIPLOMATE
            BOARD OF DIRECTORS, 2000-2003
        MID-ATLANTIC ASSOCIATION OF FORENSIC SCIENTISTS (MAAFS)
            PRESIDENT, 1980-1981
            MEMBER AT LARGE, 1989
            PRESIDENT, 1991-1992
        INTERNATIONAL ASSOCIATION FOR IDENTIFICATION (IAI)
        AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)
        EVIDENCE PHOTOGRAPHERS INTERNATIONAL COUNCIL (EPIC)
        THE PHOTOGRAPHIC HISTORICAL SOCIETY OF NEW ENGLAND, INC. (PHSNE)
        SOCIETY OF FORMER SPECIAL AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION
        ASSOCIATION OF FORMER INTELLIGENCE OFFICERS (AFIO)
        TECHNICAL WORKING GROUP FOR FORENSIC DOCUMENT EXAMINATION (TWGDOC)
            SUBCOMMITTEE FOR STANDARDIZATION OF OPERATING PROCEDURES AND
            TERMINOLOGY
        TECHNICAL WORKING GROUP FOR EDUCATION AND TRAINING IN FORENSIC SCIENCE
            (TWGED)

TRAINING (PARTIAL LIST)
        QUESTIONED DOCUMENT AND FORENSIC PHOTOGRAPHIC EXAMINATIONS - FBI
            LABORATORY: 11/72-8/75
        SEMINAR ON SINGLE PHOTO PERSPECTIVE, WASHINGTON D.C.: 9/18-22/78
        ADVANCED SEMINAR SINGLE PHOTO PERSPECTIVE, WASHINGTON D.C.: 10/22-26/79
        BASIC PHOTOGRAMMETRY, QUANTICO, VIRGINIA: 3/24-28/80
        LABORATORY MANAGEMENT SEMINAR, QUANTICO, VIRGINIA: 5/27-30/80
```



MANUEL, DANIELS, BURKE
INTERNATIONAL, LLC
*Roundhouse Square*
1426 Duke Street
Alexandria, VA 22314
(703) 299-9520 Telephone
(703) 299-1119 Facsimile

January 22, 2008

Robert Condon, Esq.
Artabane & Belden, P. C.
818 8th Street, N. W.
Suite 410
Washington, D. C. 20006

Re: MDB INTERNATIONAL, LLC (MDBI)
RETAINER AGREEMENT

Dear Mr. Condon,

This letter confirms and ratifies the nature and terms of our assignment with Artabane & Belden on behalf of your client Stanley Murphy. For purposes of this agreement, MDB International, LLC shall be referred to as "MDBI" and *Artabane & Belden and your client shall be referred to as "Client" and Stanley Murphy will be responsible for all fees payable to MDBI*.

We appreciate your decision to retain MDBI to perform investigation and research regarding this matter. Such investigative and research services shall include: reviewing materials supplied by Client relative to the specific assignment(s), conducting document examinations and handwriting comparison, and any other services as discussed with you or your client in support of this inquiry.

If applicable to this assignment, you agree to comply with all relevant requirements of the Consumer Reporting Reform Act of 1994 (the "Act"), and amendments thereto, and to indemnify and hold MDBI harmless for any lack of timely disclosure of any information contained in our investigative report prepared at your direction on any consumer as defined in said Act.

Our assignment will begin immediately upon your execution of this agreement and the receipt of a $1,000 retainer. Fees and estimated expense budgets for any further stages of the investigation shall be discussed with and mutually agreed upon with the Client. It is understood and agreed that MDBI invoices will be submitted to *Artabane & Belden* and that *Stanley Murphy* is responsible for payment.

Alexandria, VA        www.mdbinternational.com        License #11-3133

EXHIBIT 2

We will bill on a monthly basis throughout the course of this investigation and our monthly invoices are due when rendered. Our invoices consist of a concise summary of hours worked by MDBI personnel as well as the working expenses accumulated during the billing period. All time records and receipts for expenses will be kept in the possession of MDBI. For reasons of confidentiality, we do not include copies of these items with our invoices; however, they will be made available to you, at your request, should any questions arise regarding invoice billing amounts. Our assignment is terminable at will by either you or us, subject to payment of all fees for services and expense costs advanced by MDBI through the date of termination.

Our fees for services are established primarily by the estimated time and labor required to thoroughly clarify and/or resolve the problem issues at stake. Other appropriate factors taken into consideration are such things as the novelty or difficulty of the issues involved, the investigative and research skill required to perform the particular assignment, time saving use of resources (including research, analysis, data collection and documentation) that we have previously developed and stored in quickly retrievable forms, the fee customarily charged by comparable firms for similar special investigative services, the amount of money involved or at risk and the time constraints imposed by either Client or circumstances. Our fees for this service are charged as follows:

    Non refundable advance retainer $1,000 (applied toward 3 hours of examination)
    Examination Time                   $325 per hour
    On Location Time                  $325 per hour
    Travel Time                           $150 per hour

Examination charges are billed at a rate of $325 per hour plus expenses. Case preparation time, examination time, report writing, photography, local travel and personal and telephonic consultation time over 5 minutes (following the initial consultation) are billed at this rate. All time is billed in fifteen (15) minute increments.

To and from travel time will be portal to portal and billed at $150 per hour. All time on location (including court testimony, field examinations, etc.) is billed the same as examination time, with four (4) hour minimum in the Washington/Baltimore Metropolitan area. Travel will only be during normal work hours unless agreed to by the client and examiner.

Expenses for database and any other expenses incurred in the course of the investigation will be billed on a dollar for dollar basis.

If our monthly invoices are not paid within sixty (60) days after they are rendered, we reserve the right to discontinue service until your account is brought current. Additionally, if our invoices are not paid within thirty (30) days from the invoice date, we will impose an interest charge of one and one-half percent (1.5%) per month, an eighteen percent (18%) annual rate, from the thirtieth (30th) day after the date of issuance until it is paid in full. Interest charges apply to specific monthly invoices on an individual basis. Any full or partial payments made on past due statements will be applied first to the most outstanding invoice. We are entitled to attorney's fees and costs if collection services are required.

MDBI will provide Client with confidential written reports, as they are generated, documenting the results of our inquiry, as well as other information important to Client as required. This

includes a final report at the conclusion of our investigation. If we receive instruction from you in support of anticipated or pending litigation, all such reports, both written and oral, will be submitted to Artabane and Belden with the understanding that it shall be confidential and privileged. All communication and reports shall be submitted as "Privileged and Confidential Attorney Work Product" attorney/client communications.

In this same regard, any confidential information supplied to MDBI will be maintained appropriately. MDBI agrees to keep such documents and all information contained therein strictly confidential and not reveal such information to any persons other than such agents of MDBI in connection with the performance of their professional duties hereunder and that have agreed to keep the information strictly confidential.

If any person or entity requests, subpoenas, or otherwise seeks to obtain any testimony or materials within MDBI's possession, custody or control; or possession, custody or control of any of MDBI's employees, agents and/or representatives, which relate or refer in any way to the services contemplated by this agreement, MDBI shall promptly inform Client of such request or subpoena. Should Client require MDBI to take any legal action to seek protection against disclosure, Client will either represent MDBI and/or the applicable party(ies) in the matter (or furnish such representation) or Client will indemnify MDBI and/or applicable party(ies) for all costs, expenses and liability including attorney's fees and disbursements.

This agreement, together with any prior correspondence between Client and MDBI, represents the entire agreement between MDBI and Client. Your signature on this agreement constitutes your acceptance of the foregoing terms and conditions. If any of the items contained herewith are unacceptable to you, please advise us now so that we can resolve any differences and proceed with a clear, complete and consistent understanding of our relationship. If you agree to all terms and conditions contained herewith, please sign, date and return one copy to MDBI's headquarters in Alexandria, Virginia for our files.

We are pleased to provide service to you in connection with this matter and look forward to a mutually beneficial relationship.

Sincerely,

Charles J. Rooney
Executive Vice President
MDB International, LLC

Accepted by: _____

Date: _____