UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIC DEVELOPMENT, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case: 1:07-cv-00591(RMC) |
| ) | |
| SYSTEMS, SERVICES & DESIGN, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT SYSTEMS, SERVICES & DESIGN, INC.'S
SUPPLEMENT TO ITS RULE 26(a)(2) STATEMENT**

Defendant, Systems, Services & Designs, Inc., by undersigned counsel, hereby supplements the Rule 26(a)(2) Statement it heretofore filed in the within matter by submitting the written report of Gerald B. Richards, of MDB International, LLC, the expert witness designated by Defendant. The report and attachments are annexed hereto as Exhibit 1 and incorporated herein by reference.

Respectfully submitted,

/s/ Robert F. Condon

Robert F. Condon #108290
818 18th Street, N.W., Suite 410
Washington, D.C. 20006
rfcondon@artabane-belden.com
(202) 861-2939
(202) 861-2939 fax

and

Herbert N. Harmon, #175398
1010 Vermont Avenue, N.W., Suite 810
Washington, D.C. 20005
(202) 783-9100

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Rule 26(a)(2) Supplemental Submission was served electronically this 15th day of February, 2008 upon:

>Edwin A. Williams, Esq.
>Phillip L. Kellogg, Esq.
>1350 Connecticut Avenue, N.W.
>Suite 600
>Washington, D.C. 20036

>/s/ Robert F. Condon
>Robert F. Condon



MANUEL, DANIELS, BURKE
INTERNATIONAL, LLC
*Roundhouse Square*
1426 Duke Street
Alexandria, VA 22314
(703) 299-9520 Telephone
(703) 299-1119 Facsimile

PRIVATE AND CONFIDENTIAL

February 11, 2008

Robert Condon, Esq
Artabane-Belden PC
818 18th St NW
Washington DC 20006

**LABORATORY FILE NUMBER:** A08003D

**ITEMS RECEIVED:** Personally received on January 24, 2008.

Qc1   Photocopy of a Purchase Order to KIC Development bearing the questioned signature and signature block for Stanley Murphy, further identified with an original handwritten "Murphy #6" at the bottom of the page.

Kc1   Photocopy/facsimile of a LOAN AGREEMENT bearing a signature and signature block for Stanley Murphy, dated 4/4/06.

**REQUEST:** Determine if the signature and signature block on Qc1 is or is not the same signature and signature block that appears on Kc1.

**RESULTS OF EXAMINATION:** This examination/comparison is based on an individual examination of each document, and a side-by-side comparison of the questioned and known materials. The examination is normally conducted visually using various degrees of magnification and differing light sources, as required. In addition, each document is scanned and stored digitally. Using Photoshop, a colored overlay was made of Kc1 over Qc1. Kc1 was designated GREEN, and Qc1 was designated RED. Where the questioned material overlays, it will appear YELLOW. A copy of this overlay is enclosed.

Based on this examination it was determined that:

    The mechanically produced signature and signature block on Qc1 was produced (cut and paste) from the signature block on Kc1.
    The mechanically produced signature block on Kc1 was produced (cut and paste) from the signature block on Qc1.
    The mechanically produced signature and signature block on Qc1 and Kc1 both originated from the same original source.

In essence, the questioned material on Qc1 and Kc1 are virtually identical, with only a small amount of distortions due to the copy process. In addition, the signature block in Qc1 does not align with the remainder of the Qc1 text.

Qc1 and Kc1 have been copied and are being returned herewith.

Sincerely,

Charles J. Rooney
Executive Vice President
MDB International, LLC
1426 Duke Street
Alexandria, VA 22314

Enclosures:
    Demonstrative Charts

**Purchase Order**

KIC Development
2461 South Clark Street
Suite 618
Arlington, VA 22202

6  04:20p     Stanley  Murphy                    202-393-5989                    p.4

Purchase Order from SSD to KICD in the amount of $100,000.00 for services of Quality Control and Site Inspections.

Contract Time frame is from March 1 thru June 30, 2006

This Note is secured by a first priority security interest in the Receivable, as defined hereinabove.

SYSTEMS, SERVICES, & DESIGNS, INC.

By: _____
Stanley Murphy
Its President & Chief Executive Officer

e payment and performance of Maker's obligations hereunder and under the terms and
nditions of that certain Loan and Security Agreement by and between Maker and
nder dated of even date hereof, are hereby unconditionally personally guaranteed by
e undersigned.

_____
Stanley Murphy

11 Apr 2006
Date

_____
Aubrey Nash

11 April 2006
Date

Systems, Services & Designs, Inc.
1010 Vermont Avenue NW #400
Washington, DC 20005
Phone: 202.393.5990 FAX: 202.393.5989

*ung Instructions*
*ting number*
*52000618*

*ount number*
*0463128*

Murphy #6

162476[1]

**Purchase Order**

**KIC Development**
**2461 South Clark Street**
**Suite 618**
**Arlington, VA 22202**

Purchase Order from SSD to KICD in the amount of $100,000.00 for services of Quality Control and Site Inspections.

Contract Time frame is from March 1 thru June 30, 2006

This Note is secured by a first priority security interest in the Receivable, as defined hereinabove.

SYSTEMS, SERVICES, & DESIGNS, INC.

By: _____
Stanley Murphy
Its President & Chief Executive Officer

e payment and performance of Maker's obligations hereunder and under the terms and
nditions of that certain Loan and Security Agreement by and between Maker and
nder dated of even date hereof, are hereby unconditionally personally guaranteed by
e undersigned.

_____
Stanley Murphy

11 Apr 2006
Date

_____
Aubrey Nash

11 April 2006
Date

Systems, Services & Designs, Inc.
1010 Vermont Avenue NW #400
Washington, DC 20005
Phone: 202.393.5990 FAX: 202.393.5989

*ung Instructions*
*ting number*
*52000618*
*ount number*
*0403128*

*murphy #6*

162476[1]

3

Stanley Purchase Order from SSD to KCD in the amount of $100,000.00 services of Quality Control and Site Inspections.

Contract Time frame is from March 1 thru June 30, 2006

is secured by a first priority security interest in the Receivable, as above.

SYSTEMS, SERVICES, & DESIGNS, INC.

By: *[signature]*
Stanley Murphy
Its President & Chief Executive Officer

Stanley Purchase Order from SSD to KCD in the amount of $100,000.00 services of Quality Control and Site Inspections.

Contract Time frame is from March 1 thru June 30, 2006

is secured by a first priority security interest in the Receivable, as above.

SYSTEMS, SERVICES, & DESIGNS, INC.

By: *[signature]*
Stanley Murphy
Its President & Chief Executive Officer