UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIC DEVELOPMENT, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYSTEMS, SERVICES & DESIGN, INC. )<br>)<br>Defendant. )<br>) | Case: 1:07-cv-00591(RMC) |

**DEFENDANT SYSTEMS, SERVICES & DESIGN, INC.'S
OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant, Systems, Services & Designs, Inc. (SSD), by undersigned counsel, hereby opposes the Motion of Plaintiff to amend the complaint herein and states as reasons therefore the following:

1.  The motion and alleged basis therefore is untimely and prejudicial to Defendant. Discovery in this case has been closed since December, 2007. During the status conference on January 3, 2008, Defendant requested an extension of the discovery cutoff solely for the purpose of designating an expert witness regarding the authenticity of Exhibit B to the Complaint and the Court extended that deadline for that purpose only, granting both parties leave to designate an expert and depose each other's expert. Nothing was said at that time about amending the Complaint. Only after Defendant filed its Rule 26(a) statement that confirmed its belief that Exhibit B was not an authentic document did Plaintiff file the within motion seeking to add a *quantum meruit* claim.

2.  The basis for the *quantum meruit* claim arose during the business relationship between the parties and the time charges and purported travel expenses were incurred and

evident then, in 2006. The only documents sent to Defendant by Plaintiff at the time were some time records for clerical work done at the request of Defendants, which Defendants were willing to pay. No travel records were submitted at that time or thereafter until the litigation had started and discovery was in progress. Even then, Plaintiffs did not produce an itemization of travel records and a much larger computation of time records. The first time these were sent to counsel for Defendant was on January 28, 2008, long after discovery ended.

3.  Defendant, having seen its breach of the Purchase Order claim discredited, now seeks to bootstrap itself into some credible claim, but that effort should fail. Defendants believe that the documentation that it now seeks to be put into the case should have been sent to Defendants at the time the costs were supposedly incurred not two and one-half years later, after its other theory of recovery has been discredited.

4.  We respectfully submit that there is present in this case "undue delay"," bad" faith" and "dilatory motive", as has been cited by the D.C. Circuit as grounds for denying amendments to Complaints. See *Firestone v. Firestone*, 316 U.S. App. D.C. 152, 76 F. 3d 1205, 1208 (D.C. Cir.1996).

WHEREFORE, for all of the foregoing reasons, Defendant, Systems, Services & Designs, Inc. respectfully requests that the Court enter an Order denying Plaintiff's Motion for Leave to Amend Complaint.

                Respectfully submitted,

                /s/ Robert F. Condon
                Robert F. Condon, #108290
                818 18th Street, N.W., Suite 410
                Washington, D.C. 20006
                (202) 861-0070
                (202) 861-2939
                Email: rfcondon@artabane-belden.com
                Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Defendant, Systems, Services & Designs, Inc.'s Opposition was served on all counsel for Plaintiffs in this case via the Court's Electronic Case Filing system on this 19th day of March, 2008.

/s/ Robert F. Condon_____
Robert F. Condon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KIC DEVELOPMENT, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case: 1:07-cv-00591(RMC) |
| ) | |
| SYSTEMS, SERVICES & DESIGN, INC. ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

UPON CONSIDERATION OF Plaintiff KIC Development, LLC's Motion to Amend or Correct Complaint, and the Opposition of Defendant Systems, Services & Designs, Inc., and any Reply thereto,

IT IS ORDERED THAT Plaintiff's Motion is DENIED.

ENTERED this _____ day of _____, 2008.

Dated: _____

_____
United States District Judge

**Serve:**

Phillip L. Kellogg, Esq.,
1250 Connecticut Avenue, NW, Suite 600
Washington, DC  20006
pkellogg@verizon.net

Edwin A. Williams, Esq.
386 Maple Avenue
Vienna, VA  22180
eawilliams@mindspring.com

Robert F. Condon, Esq.
818 18th Street, NW, Suite 410
Washington, DC  20006
rfcondon@artabane-belden.com