UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIC DEVELOPMENT, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case: 1:07-cv-00591(RMC) |
| ) | |
| SYSTEMS, SERVICES & DESIGN, INC. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT SYSTEMS, SERVICES & DESIGN, INC.'S
RESPONSE TO THE COURT'S APRIL 4, 2008 ORDER**

Defendant, Systems, Services & Design, Inc., by undersigned Counsel, hereby responds to the Court's Order of April 4, 2008, and states as follows:

1.    Counsel for Defendant profusely apologizes to the Court and to Counsel for Plaintiff for having failed to appear for the Status Conference on Friday, April 4, 2008. Counsel's failure to appear was due to his entering the Status Conference date erroneously on both his computer and physical calendars, in both of which he entered Friday, April 11, 2008, as the scheduled date for the Status Conference.  This is the first time in thirty-two (32) years of practice before this Court and the other courts in which undersigned Counsel has practiced that a scheduled court appearance has been missed.  I am sorry for the inconvenience to the Court, Counsel, and the staff of the Court.

2.    Defendant agrees to scheduling a mediation in at the earliest date possible to see whether this case can be resolved.  Defendant and its undersigned Counsel are generally available during May and June, with the exceptions of May 2 and May 5.  If the Court would like

all Counsel for the parties to confer and agree on a mediation date to present to the Court, Defendant would be happy to do so.

                              Respectfully submitted,

                              /s/ Robert F. Condon_____
                              Robert F. Condon, #108290
                              818 18th Street, N.W., Suite 410
                              Washington, D.C. 20006
                              (202) 861-0070
                              (202) 861-2939
                              Email: rfcondon@artabane-belden.com
                              Counsel for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Defendant, Systems, Services & Designs, Inc.'s Response was served on all Counsel for Plaintiffs in this case via the Court's Electronic Case Filing system on this 8th day of April, 2008.

                              /s/ Robert F. Condon_____
                              Robert F. Condon