REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE-M

| CAUSE OF ACTION: | 28:1332 Diversity-Breach of Fiduciary Duty | | | |
|---|---|---|---|---|
| CASE NO:<br>07-591 | DATE REFERRED:<br>4/9/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>Rosemary M. Collyer | MAG. JUDGE<br>Alan Kay |

| PLAINTIFF(S):<br>KIC DEVELOPMENT, LLC | DEFENDANT(S):<br>SYSTEMS, SERVICES AND DESIGNS, INC. |
|---|---|

ENTRIES: