UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KIC DEVELOPMENT, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>SYSTEMS, SERVICES AND DESIGNS, INC.,<br><br>      Defendant. | Civil Action No. 07-591 (RMC) |

## ORDER

The Court having been advised that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice until June 30, 2008. If settlement is not consummated before June 30, 2008, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case before June 30, 2008, the matter shall, without further order, stand dismissed *with* prejudice.

**SO ORDERED.**

Dated: May 13, 2008

                                                   /s/
                                     ROSEMARY M. COLLYER
                                     United States District Judge